FILED

MAY 17 2018

AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

ARTHUR, Harris                                    May, 15, 2018

Dear, Judge Mordue, Hon, Judge Mordue,

I HAVE spokeing with My Lawyer Martin, wolfson
I've Told Him Severele times. I WANT To Do
My Violation Sentence time. I HAVE Shown The
Courts and MS Lori, Albright DOCUMENT, THAT I
HAVE MY OWN MENTAL, Health, Provider Treatment
Doctors, at Syracuse community Health, Center,
819, South Saling Street NY, 13202. Therefore I
Dont Know why the courts keep TRying To Arrange
Me To ANOTHER Treatment Center, DONT MAKE NO
Sense I HAVE MY OWN.

HOW, EVER I DO NOT Feel comfortable seeing
ANother MENTAL-Health PractitioNer, I CAME TO
FAr. I HAVE been Sitting in CAYUGA, COUNTY, Jail
Sense MARch 13th 2018 FOR A StateMENT, which a
Violation, IF I cannot Finished My INITIAL-time
with My doctors, soso worker at community health
center, I'll TAKE the Prison Time, SO I CAN
Get this over with SO I can come Back Home,
            KRisteN, M, GRAves MD, DOCTOR
            Nicole, Defurio, MENTAL, Health, soso, worker
            315 - 234 - 5918
            315 476-7921          ThANK YOU

INMATE NAME: ARTHUR SABLOSS
CAYUGA COUNTY JAIL
7445 COUNTY HOUSE ROAD
AUBURN, NEW YORK 13021



SYRACUSE NY 130

16 MAY 2018 PM 1 L FOREVER

Barn Swallow

U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK

MAY 17 2018

RECEIVED

TO: HON. Judge Mordue
U.S. District Judge
100 S. Clinton St.
SYRACUSE NEW YORK
13202

13202-133600